UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:06-CR-113 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| EARL McELHENEY | ) | |

## **O R D E R**

Before the Court is the Defendant Earl McElheney's ("Defendant") motion for leave to file under seal his third supplement to his sentencing memorandum (Court File No. 67). Also before the Court is the United States' ("Government") motion to seal its response to Defendant's third supplement to his sentencing memorandum (Court File No. 68). Under Local Rule 26.2, "all pleadings and other papers of any nature filed with the Court ("Court Records") shall become a part of the public record of this Court," and records "shall not be placed under seal unless and except to the extent that the person seeking the sealing thereof shall have first obtained, for good cause shown, an order of the Court specifying those Court Records . . . shall be placed under seal." E.D.TN LR 26.2. Defendant timely requested the third supplement to his sentencing memorandum be placed under seal due to the sensitive nature of the information contained therein. The Government has no objection.

Accordingly, for good cause shown, the Court **ORDERS** the Clerk of the Court to file under seal: (1) Defendant's third supplement to his sentencing memorandum along with its attachments, and (2) the Government's response to Defendant's third supplement to his sentencing memorandum.

**SO ORDERED.**

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**